JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 23-7854-JFW(RAOx)**                    Date: January 19, 2024

Title:      Luz Zendejas -*v*- Armani Investments, LLC, et al.

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                    **None Present**
   **Courtroom Deputy**                  **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                   None

**PROCEEDINGS (IN CHAMBERS):       ORDER OF DISMISSAL**

      In the Notice of Settlement filed on January 18, 2024, Docket No. 11, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before March 4, 2024.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until March 4, 2024.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

      IT IS SO ORDERED.

Initials of Deputy Clerk __sr__